UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAMAR CLEVELAND, <br><br> Petitioner, <br> vs. <br> PAUL BABEU, Warden, <br><br> Respondent. | Case No. CV 13-3243 VBF (MRW) <br><br> JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: MAY 2 9 2013

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE